IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: MERLINE WILLIAMS LEVERETTE          CASE NO.: 10-52955 kms

ORDER TO EXTEND TIME TO FILE SCHEDULES (DK #12 )

THIS CAUSE THIS DAY, came to Court to on the Motion fo the above referenced debtor(s) for an Order Extending Time to File Schedules (DK #12) and the Court after having considered said motion doth find that the Motion is well-taken and hereby grants the same.

IT IS THEREFORE ORDERED AND ADJUDGED that the debtor is given until January 10, 2011, to file the schedules in this case.

THUS ORDERED AND ADJUDGED,

*Katharine M. Samson*
Katharine M. Samson
United States Bankruptcy Judge
Dated: January 4, 2011

JOHN H. ANDERSON
ATTORNEY AT LAW
713 ARLEDGE STREET
HATTIESBURG, MS 39401-4349
TELEPHONE NO.: 601-544-6077
FACSIMILE NO.: 601-582-3997 MSB # 1580
EMAIL: johnjohna7@aol.com